IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

TORRECO HOSKIN,                          )
  (#196878)                             )
                                         )
    Plaintiff,                         )
                                         )
vs.                                      )      CIVIL ACTION NO. 1:19-cv-107-TFM-B
                                         )
LT. BRANDON MCKENZIE, *et al.*,          )
                                         )
    Defendants.                        )

## JUDGMENT

In accordance with the order entered on this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims are hereby **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure

**DONE** and **ORDERED** this the 29th day of August 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE